**EXHIBIT A**

| # | Artist Name | Album | Song | Illinois Recording | U.S. Copyright Office Registration Number | U.S. Copyright Office Effective Registration Date | Rights Owner |
|---|---|---|---|---|---|---|---|
| 1 | Attack the Sound | N/A | "Bad News" | Chicago, IL | SR 845-765 | March 25, 2019 | David Woulard/ Jovia Armstrong |
| 2 | Attack the Sound | Prequel to the Sound | "Love Is War" | Chicago, IL | SRu 1-313-672 | March 28, 2018 | David Woulard/Attack the Sound |
| 3 | Attack the Sound | Prequel to the Sound | "Fade Away" | Chicago, IL | SRu 1-313-672 | March 28, 2018 | David Woulard/Attack the Sound |
| 4 | Attack the Sound | Prequel to the Sound | "Wait for Me" | Chicago, IL | SRu 1-313-672 | March 28, 2018 | David Woulard/Attack the Sound |
| 5 | Attack the Sound | Prequel to the Sound | "Don't String Me Along" | Chicago, IL | SRu 1-313-672 | March 28, 2018 | David Woulard/Attack the Sound |
| 6 | Attack the Sound | Prequel to the Sound | "Close to You" | Chicago, IL | SRu 1-313-672 | March 28, 2018 | David Woulard/Attack the Sound |
| 7 | Attack the Sound | Prequel to the Sound | "Music Soul on Fire" | Chicago, IL | SRu 1-313-672 | March 28, 2018 | David Woulard/Attack the Sound |

1

**Kogon v. Google – Exhibit A**

AAA - Plaintiffs have filed or will promptly file copyright registration applications and will supplement this Exhibit with certificate details when issued.

**EXHIBIT A**

| # | Artist Name | Album | Song | Illinois Recording | U.S. Copyright Office Registration Number | U.S. Copyright Office Effective Registration Date | Rights Owner |
|---|---|---|---|---|---|---|---|
| 8 | Attack the Sound | Prequel to the Sound | "People Make Love" | Chicago, IL | SRu 1-313-672 | March 28, 2018 | David Woulard/Attack the Sound |
| 9 | Attack the Sound | N/A | "Pick Up Your Phone" | Chicago, IL | AAA | AAA | David Woulard/Attack the Sound |
| 10 | Attack the Sound | N/A | "Eye of the Tiger" | Chicago, IL | AAA | AAA | David Woulard/Attack the Sound |
| 11 | Attack the Sound | N/A | "FADIYA" | Chicago, IL | AAA | AAA | David Woulard/Attack the Sound |
| 12 | Attack the Sound | N/A | "Favorite Things" | Chicago, IL | AAA | AAA | David Woulard/Attack the Sound |
| 13 | Attack the Sound | Love Is War: Packed | "Love Is War" | Chicago, IL | AAA | AAA | David Woulard/Attack the Sound |
| 14 | Attack the Sound | Love Is War: Packed | "Love Is War – Vince Lawrence House Remix" | Chicago, IL | AAA | AAA | David Woulard/Attack the Sound |

2

**Kogon v. Google – Exhibit A**

AAA - Plaintiffs have filed or will promptly file copyright registration applications and will supplement this Exhibit with certificate details when issued.

**EXHIBIT A**

| # | Artist Name | Album | Song | Illinois Recording | U.S. Copyright Office Registration Number | U.S. Copyright Office Effective Registration Date | Rights Owner |
|---|---|---|---|---|---|---|---|
| 15 | Attack the Sound | Love Is War: Packed | "Love Is War – Acoustic" | Chicago, IL | AAA | AAA | David Woulard/Attack the Sound |
| 16 | Attack the Sound | Love Is War: Packed | "Love Is War – Acapella" | Chicago, IL | AAA | AAA | David Woulard/Attack the Sound |
| 17 | Attack the Sound | Love Is War: Packed | "Love Is War – Chicago Juke Mix" | Chicago, IL | AAA | AAA | David Woulard/Attack the Sound |
| 18 | Attack the Sound | Love Is War: Packed | "Love Is War – Sing-A-Long" | Chicago, IL | AAA | AAA | David Woulard/Attack the Sound |
| 19 | Attack the Sound | N/A | "Wake Up Call" | Chicago, IL | AAA | AAA | David Woulard/Attack the Sound |
| 20 | Smackin' Billies | This Road | "This Road" | Shorewood, IL | SRu 1-533-131 | February 8, 2023 | Stan Burjek/Mark Burjek |
| 21 | Smackin' Billies | This Road | "Fire Years" | Shorewood, IL | SRu 1-533-131 | February 8, 2023 | Stan Burjek/Mark Burjek |

3

**Kogon v. Google – Exhibit A**

AAA - Plaintiffs have filed or will promptly file copyright registration applications and will supplement this Exhibit with certificate details when issued.

**EXHIBIT A**

| # | Artist Name | Album | Song | Illinois Recording | U.S. Copyright Office Registration Number | U.S. Copyright Office Effective Registration Date | Rights Owner |
|---|---|---|---|---|---|---|---|
| 22 | Smackin' Billies | This Road | "What She's Thinking" | Shorewood, IL | SRu 1-533-131 | February 8, 2023 | Stan Burjek/Mark Burjek |
| 23 | Smackin' Billies | This Road | "Sinner" | Shorewood, IL | SRu 1-533-131 | February 8, 2023 | Stan Burjek/Mark Burjek |
| 24 | Smackin' Billies | This Road | "Who Would You Be" | Shorewood, IL | SRu 1-533-131 | February 8, 2023 | Stan Burjek/Mark Burjek |
| 25 | Smackin' Billies | This Road | "Lights on our Faces" | Shorewood, IL | SRu 1-533-131 | February 8, 2023 | Stan Burjek/Mark Burjek |
| 26 | Smackin' Billies | This Road | "Dirty Them Dogs" | Shorewood, IL | SRu 1-533-131 | February 8, 2023 | Stan Burjek/Mark Burjek |
| 27 | Smackin' Billies | This Road | "Nothing With You" | Shorewood, IL | SRu 1-533-131 | February 8, 2023 | Stan Burjek/Mark Burjek |
| 28 | Smackin' Billies | This Road | "Rock Salt Hill" | Shorewood, IL | SRu 1-533-131 | February 8, 2023 | Stan Burjek/Mark Burjek |
| 29 | Smackin' Billies | This Road | "This Road Pt. 2 (Epilogue)" | Shorewood, IL | SRu 1-533-131 | February 8, 2023 | Stan Burjek/Mark Burjek |
| 30 | Smackin' Billies | Demos and Outtakes | "Sinner (Early Acoustic Demo, Mark Vocal)" | Shorewood, IL | AAA | AAA | Stan Burjek/ James Burjek |

4

**Kogon v. Google – Exhibit A**

AAA - Plaintiffs have filed or will promptly file copyright registration applications and will supplement this Exhibit with certificate details when issued.

**EXHIBIT A**

| # | Artist Name | Album | Song | Illinois Recording | U.S. Copyright Office Registration Number | U.S. Copyright Office Effective Registration Date | Rights Owner |
|---|---|---|---|---|---|---|---|
| | | from 'This Road' | | | | | |
| 31 | Smackin' Billies | Demos and Outtakes from 'This Road' | "Live from the Halls of Gimbo (Outtake, Recorded Live in Studio)" | Shorewood, IL | AAA | AAA | Stan Burjek/ James Burjek |
| 32 | Smackin' Billies | Demos and Outtakes from 'This Road' | "Dirty Them Dogs (Garage Rock version, recorded on 8 Track Tape Machine)" | Shorewood, IL | AAA | AAA | Stan Burjek/ James Burjek |
| 33 | Smackin' Billies | Demos and Outtakes from 'This Road' | "Outro: Joyride in Space (Outtake)" | Shorewood, IL | AAA | AAA | Stan Burjek/ James Burjek |
| 34 | Smackin' Billies | N/A | "Weekend in the Country" | Shorewood, IL | AAA | AAA | Stan Burjek/ James Burjek |
| 35 | Smackin' Billies | N/A | "Man on the Radio" | Shorewood, IL | AAA | AAA | Stan Burjek/ James Burjek |
| 36 | Smackin' Billies | N/A | "Little Bales of Hay" | Shorewood, IL | AAA | AAA | Stan Burjek/ James Burjek |
| 37 | Smackin' Billies | N/A | "Perfectly Served" | Shorewood, IL | AAA | AAA | Stan Burjek/ James Burjek |
| 38 | Pool Deck Duel | N/A | "How Can You See Love?" | Shorewood, IL | AAA | AAA | Stan Burjek/ James Burjek |

5

**Kogon v. Google – Exhibit A**

AAA - Plaintiffs have filed or will promptly file copyright registration applications and will supplement this Exhibit with certificate details when issued.

**EXHIBIT A**

| # | Artist Name | Album | Song | Illinois Recording | U.S. Copyright Office Registration Number | U.S. Copyright Office Effective Registration Date | Rights Owner |
|---|---|---|---|---|---|---|---|
| 39 | Directrix | The Whale Album | "Buttermilk" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh |
| 40 | Directrix | The Whale Album | "Inferno" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh |
| 41 | Directrix | The Whale Album | "Kerosene" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh |
| 42 | Directrix | The Whale Album | "The Breaching Song" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh |
| 43 | Directrix | The Whale Album | "Apostrophe" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh |
| 44 | Directrix | The Whale Album | "Hell's Breeze" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, |

6

**Kogon v. Google – Exhibit A**

AAA - Plaintiffs have filed or will promptly file copyright registration applications and will supplement this Exhibit with certificate details when issued.

**EXHIBIT A**

| # | Artist Name | Album | Song | Illinois Recording | U.S. Copyright Office Registration Number | U.S. Copyright Office Effective Registration Date | Rights Owner |
|---|---|---|---|---|---|---|---|
| | | | | | | | Maatkara Wilson, Arjun Singh |
| 45 | Directrix | The Whale Album | "Rumble" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh |
| 46 | Directrix | The Whale Album | "Odyssey" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh |
| 47 | Directrix | Halotherapy | "Seasick" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh |
| 48 | Directrix | Halotherapy | "Break the Glass" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh |
| 49 | Directrix | Halotherapy | "Trick Mirror" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, |

7

**Kogon v. Google – Exhibit A**

AAA - Plaintiffs have filed or will promptly file copyright registration applications and will supplement this Exhibit with certificate details when issued.

**EXHIBIT A**

| # | Artist Name | Album | Song | Illinois Recording | U.S. Copyright Office Registration Number | U.S. Copyright Office Effective Registration Date | Rights Owner |
|---|---|---|---|---|---|---|---|
| | | | | | | | Arjun Singh |
| 50 | Directrix | Halotherapy | "Over It" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh |
| 51 | Directrix | Halotherapy | "Rotten" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh |
| 52 | Directrix | Halotherapy | "(I Don't) Wanna Fall in Love" | Chicago, IL | AAA | AAA | Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh |
| 53 | Magnus Fiennes | | "Let armies loose", & 1 other song. | | PAu002889490 | August 20, 2004 | Magnus Fiennes /Air Chrysalis Scandanavia, |
| 54 | Magnus Fiennes | Freefonix (tv show) | Various | | AAA | AAA | Magnus Fiennes |
| 55 | Magnus Fiennes | Robot Dreams (movie) | Various | | AAA | AAA | Magnus Fiennes |
| 56 | Magnus Fiennes | Pervert's Guide to | Various | | AAA | AAA | Magnus Fiennes |

8

**Kogon v. Google – Exhibit A**

AAA - Plaintiffs have filed or will promptly file copyright registration applications and will supplement this Exhibit with certificate details when issued.

**EXHIBIT A**

| # | Artist Name | Album | Song | Illinois Recording | U.S. Copyright Office Registration Number | U.S. Copyright Office Effective Registration Date | Rights Owner |
|---|---|---|---|---|---|---|---|
| | | Ideology (movie) | | | | | |
| 57 | Mic Mell | Muff-ucker | "Dog Actually" | | AAA | AAA | Michael Mell |
| 58 | Mic Mell | Muff-ucker | "Dog Veritably" | | AAA | AAA | Michael Mell |
| 59 | Mic Mell | Muff-ucker | "Mister Stewart" | | AAA | AAA | Michael Mell |
| 60 | Mic Mell | Muff-ucker | "Free Booboo mix" | | AAA | AAA | Michael Mell |
| 61 | Mic Mell | Muff-ucker | "Flaggin Traffic" | | AAA | AAA | Michael Mell |
| 62 | Mic Mell | Muff-ucker | "Streetsweeper Mix" | | AAA | AAA | Michael Mell |
| 63 | Mic Mell | Muff-ucker | "Seventy-Six" | | AAA | AAA | Michael Mell |
| 64 | Mic Mell | Muff-ucker | "11th Hour mix" | | AAA | AAA | Michael Mell |
| 65 | Mic Mell | Muff-ucker | "The Gnat" | | AAA | AAA | Michael Mell |
| 66 | Mic Mell | Muff-ucker | "Gnastie Mix" | | AAA | AAA | Michael Mell |
| 67 | Mic Mell | Muff-ucker | "Boxtruck" | | AAA | AAA | Michael Mell |
| 68 | Mic Mell | Muff-ucker | "Mathkid Mix" | | AAA | AAA | Michael Mell |
| 69 | Mic Mell | Low Blood Sugar | "Theme from Melancholy Sunday" | | AAA | AAA | Michael Mell |
| 70 | Mic Mell | Low Blood Sugar | "Silver Moon Goddess" | | AAA | AAA | Michael Mell |
| 71 | Mic Mell | Low Blood Sugar | "Danse Macabre of Byoof" | | AAA | AAA | Michael Mell |
| 72 | Mic Mell | Low Blood Sugar | "Oral Fixation" | | AAA | AAA | Michael Mell |
| 73 | Mic Mell | Low Blood Sugar | "Algebra Is the Answer" | | AAA | AAA | Michael Mell |

9

**Kogon v. Google – Exhibit A**

AAA - Plaintiffs have filed or will promptly file copyright registration applications and will supplement this Exhibit with certificate details when issued.

**EXHIBIT A**

| # | Artist Name | Album | Song | Illinois Recording | U.S. Copyright Office Registration Number | U.S. Copyright Office Effective Registration Date | Rights Owner |
|---|---|---|---|---|---|---|---|
| 74 | Mic Mell | Low Blood Sugar | "The Wakeup Call" | | AAA | AAA | Michael Mell |
| 75 | Mic Mell | Low Blood Sugar | "Woohoo" | | AAA | AAA | Michael Mell |
| 76 | Mic Mell | Low Blood Sugar | "Low Blood Sugar" | | AAA | AAA | Michael Mell |
| 77 | Mic Mell | Low Blood Sugar | "The Dis" | | AAA | AAA | Michael Mell |
| 78 | Mic Mell | Low Blood Sugar | "Skegbush Vs. Ribbon Strap" | | AAA | AAA | Michael Mell |
| 79 | Mic Mell | Low Blood Sugar | "Dub Playground" | | AAA | AAA | Michael Mell |
| 80 | Mic Mell | Low Blood Sugar | "Stress" | | AAA | AAA | Michael Mell |
| 81 | Mic Mell | Low Blood Sugar | "Noah and Mikey Visit the Moon" | | AAA | AAA | Michael Mell |
| 82 | Barcode Lounger | Tech Support | "F Marks The Spot" | | AAA | AAA | Michael Mell |
| 83 | Barcode Lounger | Tech Support | "Tech Support" | | AAA | AAA | Michael Mell |
| 84 | Barcode Lounger | Tech Support | "Mwuhduhladupp – Bonus Track – Previously Unreleased" | | AAA | AAA | Michael Mell |
| 85 | Barcode Lounger | Tech Support | "Me Grimlock" | | AAA | AAA | Michael Mell |

10

**Kogon v. Google – Exhibit A**

AAA - Plaintiffs have filed or will promptly file copyright registration applications and will supplement this Exhibit with certificate details when issued.

**EXHIBIT A**

| # | Artist Name | Album | Song | Illinois Recording | U.S. Copyright Office Registration Number | U.S. Copyright Office Effective Registration Date | Rights Owner |
|---|---|---|---|---|---|---|---|
| 86 | Barcode Lounger | Tech Support | "Diatomaceous Earth – Bonus Track – Originally on Nophi Compilation One" | | AAA | AAA | Michael Mell |
| 87 | Barcode Lounger | Tech Support | "The Mouse Elf" | | AAA | AAA | Michael Mell |
| 88 | Barcode Lounger | Tech Support | "Cliffhanger" | | AAA | AAA | Michael Mell |
| 89 | Sam Kogon | Before You Knew Me | Before | | SRU001226685 | August 11, 2015 | Sam Kogon |
| 90 | Sam Kogon | Before You Knew Me | I Could Never | | SRU001226685 | August 11, 2015 | Sam Kogon |
| 91 | Sam Kogon | Before You Knew Me | Plans | | SRU001226685 | August 11, 2015 | Sam Kogon |
| 92 | Sam Kogon | Before You Knew Me | All You Wanna Do (Is Go Back To School) | | SRU001226685 | August 11, 2015 | Sam Kogon |
| 93 | Sam Kogon | Before You Knew Me | Thinkin' of Cars | | SRU001226685 | August 11, 2015 | Sam Kogon |
| 94 | Sam Kogon | Before You Knew Me | Baby Hear Me Out | | SRU001226685 | August 11, 2015 | Sam Kogon |
| 95 | Sam Kogon | Before You Knew Me | Odd | | SRU001226685 | August 11, 2015 | Sam Kogon |
| 96 | Sam Kogon | Before You Knew Me | Potential | | SRU001226685 | August 11, 2015 | Sam Kogon |

11

**Kogon v. Google – Exhibit A**

AAA - Plaintiffs have filed or will promptly file copyright registration applications and will supplement this Exhibit with certificate details when issued.

**EXHIBIT A**

| # | Artist Name | Album | Song | Illinois Recording | U.S. Copyright Office Registration Number | U.S. Copyright Office Effective Registration Date | Rights Owner |
|---|---|---|---|---|---|---|---|
| 97 | Sam Kogon | Sam Kogon EP | Barbed Wire | | SRU001358317 | December 12, 2018 | Sam Kogon |
| 98 | Sam Kogon | Sam Kogon EP | Find Out | | SRU001379372 | June 13, 2019 | Sam Kogon |
| 99 | Sam Kogon | Sam Kogon EP | All I Wanna Do | | SRU001379372 | June 13, 2019 | Sam Kogon |
| 100 | Sam Kogon | Sam Kogon EP | City Kidz | | SRU001379372 | June 13, 2019 | Sam Kogon |
| 101 | Sam Kogon | N/A | America | | SRU001589415 | September 25, 2024 | Sam Kogon |

12

**Kogon v. Google – Exhibit A**

AAA - Plaintiffs have filed or will promptly file copyright registration applications and will supplement this Exhibit with certificate details when issued.