**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: *Kogon et al. v. Google, LLC*        Case Number: 1:26-cv-02582

An appearance is hereby filed by the undersigned as attorney for:

Google, LLC; defendant

Attorney name (type or print):  Andrew H. Schapiro

Firm:     Quinn Emanuel Urquhart & Sullivan, LLP

Street address:      191 N. Wacker Drive, Suite 2700

City/State/Zip:    Chicago, Illinois 60606

Bar ID Number:  6209041                          Telephone Number:    (312) 705-7400
(See item 3  in instructions)

Email Address: andrewschapiro@quinnemanuel.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.        ☐    Retained Counsel

☐    Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 13, 2026

Attorney signature:     S/ *Andrew H. Schapiro*
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023