**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| SAM KOGON, DAVID WOULARD, ATTACK THE SOUND LLC, an Illinois limited liability company, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br>                          Defendant. | Case No. 26-cv-2582<br><br>Honorable Sunil R. Harjani |

**DEFENDANT GOOGLE LLC'S MOTION TO DISMISS COMPLAINT**

Defendant Google LLC ("Google") respectfully moves to dismiss the Complaint because Plaintiffs lack standing to bring various claims, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, and because various claims are preempted by the Copyright Act. The bases for Google's motion are summarized in the following table:

**Grounds for Dismissal, by Count**

| Count | Terms of Service | Standing[1] | Failure to State a Claim | Preemption |
|---|---|---|---|---|
| I. Direct infringement–sound recordings (reproduction) | ✓ | ✓* |  |  |

---

[1] For the claims denoted with an asterisk, the standing challenge based on failure to register applies only to the copyright claims of Mic Mell and the Directrix Plaintiffs.

| Count | Terms of Service | Standing[1] | Failure to State a Claim | Preemption |
|---|:---:|:---:|:---:|:---:|
| II. Direct infringement–sound recordings (distribution) | ✓ | ✓* | | |
| III. Direct infringement – lyrics | ✓ | ✓* | | |
| IV. Direct infringement – musical compositions | ✓ | ✓* | | |
| V. DMCA – removal/alteration of CMI (§ 1202(b)) | ✓ | ✓ | ✓ | |
| VI. DMCA – circumvention of access controls (§ 1201) | ✓ | ✓ | ✓ | |
| VII. DMCA – false CMI (§ 1202(a)) | ✓ | ✓ | ✓ | |
| VIII. Contributory copyright infringement | ✓ | ✓* | ✓ | |
| IX. Vicarious copyright infringement | ✓ | ✓* | ✓ | |
| X. Lanham Act–false endorsement | ✓ | | ✓ | |
| XI. Lanham Act–false advertising | ✓ | ✓ | ✓ | |
| XII. BIPA | ✓ | | ✓ | ✓ |
| XIII. Illinois Right of Publicity (IRPA) | ✓ | | ✓ | ✓ |
| XIV. Illinois UDTPA | ✓ | ✓ | ✓ | ✓ |
| XV. Unjust enrichment | ✓ | | ✓ | ✓ |
| XVI. Illinois Consumer Fraud Act (ICFA) | ✓ | ✓ | ✓ | ✓ |

For these reasons, those provided in the accompanying Memorandum in Support, and any further submissions and argument to the Court, Google respectfully requests that the Court issue an order dismissing the Complaint in its entirety.

Dated: June 8, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro (Ill. Bar No. 6209041)
andrewschapiro@quinnemanuel.com
Joseph H. Margolies (Ill. Bar No. 6341926)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700

Chicago, Illinois 60606
(312) 705-7400 (phone)
(312) 705-4001 (fax)

Viola Trebicka (admitted *pro hac vice*)
violatrebicka@quinnemanuel.com
Moon Hee Lee (admitted *pro hac vice*)
moonheelee@quinnemanuel.com
Eli Pales (admitted *pro hac vice*)
elipales@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000 (phone)
(213) 443-3100 (fax)

William F. Patry (admitted *pro hac vice*)
williampatry@quinnemanuel.com
Jessica A. Rose (admitted *pro hac vice*)
jessicarose@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000 (phone)
(212) 849-7100 (fax)

*Attorneys for Defendant Google LLC*