**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SAM KOGON, DAVID WOULARD, ATTACK THE SOUND LLC, an Illinois limited liability company, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br>　　　　　　　　Defendant. | Case No. 26-cv-2582<br><br>Honorable Sunil R. Harjani |

**DECLARATION OF ANDREW H. SCHAPIRO IN SUPPORT OF**
**GOOGLE LLC'S MOTION TO DISMISS COMPLAINT**

I, Andrew Schapiro, hereby declare as follows:

1.　　I am a Partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google"). I submit this declaration in support of Google's Motion to Dismiss.

2.　　I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

3.　　Attached hereto as **Exhibit A** is a true and correct copy of YouTube's Terms of Service ("TOS") as of January 24, 2008.

4.　　Attached hereto as **Exhibit B** is a true and correct copy of the TOS as of April 10, 2012.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the TOS as of December 10, 2019.

6.       Attached hereto as **Exhibit D** is a true and correct copy of the TOS as of January 5, 2022.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the TOS as of December 15, 2023 and which is operative today.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the ProducerAI Privacy Notice, which is referenced in ¶¶ 116 and 250 of the Complaint.

9.      Attached hereto as **Exhibit G** is a true and correct copy of "MusicLM:  Generating Music From Text," which is referenced in ¶¶ 4, 82, 96 and 156 of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2026.

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro