**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAM KOGON, DAVID WOULARD, ATTACK THE SOUND LLC, an Illinois limited liability company, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 26-cv-2582 <br><br> Hon. Sunil R. Harjani |

**PLAINTIFFS' STATUS REPORT CONCERNING
GOOGLE'S MOTION TO DISMISS COMPLAINT**

Plaintiffs, by and through their attorneys, LOEVY & LOEVY, respectfully submit this status report in connection with Google's Motion to Dismiss the Complaint ("Motion").

Google filed the Motion on June 8, 2026 (ECF No. 21.) On June 9, 2026, the Court directed Plaintiffs to file a status report by June 23, 2026, stating whether they intend to amend their pleading under Rule 15(a)(1)(B) or to litigate the motion. (ECF No. 22.) Plaintiffs intend to litigate and will file their opposition within 21 days of the motion, on June 29, 2026.

Dated: June 23, 2026

Respectfully submitted,

LOEVY & LOEVY

/s/ Ross Kimbarovsky

_____

Ross Kimbarovsky (6229590)
ross@loevy.com
Jon Loevy (6218524)
jon@loevy.com
Michael Kanovitz (6275233)
mike@loevy.com
Matthew Topic (6290923)
matt@loevy.com
Aaron Tucek          (98624)
aaron@loevy.com
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312.243.5900 (phone)
312.243.5902 (fax)

*Attorneys for Plaintiffs Sam Kogon, David Woulard, Attack the Sound LLC, Stan Burjek, James Burjek, Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh, Magnus Fiennes, and Michael Mell*