**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sam Kogon, et al.

                Plaintiff,

v.

Google, LLC

                Defendant.

Case No.: 1:26–cv–02582
Honorable Sunil R. Harjani

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 6, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendant's unopposed motion for extension of time and additional pages [27] is granted. Defendant's reply brief is now due 7/22/2026 and shall not exceed twenty (20) pages. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.